UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONICA TERMINE | CIVIL ACTION |
| VERSUS | NO. 17-5824 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY | SECTION "N" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __21st__ day of ____May____, 2018.

_____
UNITED STATES DISTRICT JUDGE